CLARENCE HAGADORN, Respondent, *v.* SOCONY-VACUUM OIL COMPANY, INC., Appellant.

Argued December 2, 1948; decided February 24, 1949.

*S. J. Mauhs* for appellant.

*Marcus L. Filley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of 54 CAFE & RESTAURANT, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 13, 1949; decided February 25, 1949.